1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

WILLIAM C. OWENS

Case No.:  18cv01579-JAH-JLB

12

Plaintiff,

**ORDER SPREADING MANDATE**

13

v.

14

KENNETH BRAITHWAITE, Secretary
of the Department of the Navy,

15
16

Defendant.

17
18
19
20
21

On September 14, 2020, the Court received the United States Court of Appeals for

22

the Ninth Circuit's mandate and memorandum addressing Plaintiff's appeal. The Ninth

23

Circuit reversed this Court's order granting Defendant's motion to dismiss Plaintiff's

24

complaint and remanded the matter.

25

Accordingly, IT IS HEREBY ORDERED:

26

1.      The mandate issued by the Ninth Circuit on September 14, 2020, is spread;

27

2.      Plaintiff may file a Motion for Leave to File an Amended Complaint by

28

**October 16, 2020**.

3.      If Plaintiff chooses to file a Motion for Leave to File an Amended Complaint, Defendant shall respond according to Local Civil Rule 7.1.

4.      If Plaintiff chooses not to file a Motion for Leave to File an Amended Complaint, Defendant must answer or otherwise respond to Plaintiff's original complaint by **October 30, 2020**.

**IT IS SO ORDERED.**

DATED:     October 2, 2020

_____
JOHN A. HOUSTON
United States District Judge

18cv01579-JAH-JLB